## STATE *v.* MCLANE.

Decisions in *State* v. *McLane*, *ante* p. 435, affirmed.

---

STATE
v.
McLANE.

APPEAL from the First District Court of New Orleans, *McHenry*, J.  *Elmore*, Attorney General, for the State.  *Budd* and *Redmond*, for the appellant.  The judgment of the court was pronounced by

KING, J.  The offences charged, and grounds urged for a reversal of the judgment in this case, are the same as those in the case of the *State* v. *McLane*, just determined.  For the reasons assigned in that case, the judgment of the District Court is affirmed, with costs.*

---

* The dissenting opinion of the Chief Justice, in the case of the *State* v *McLane*, *ante* p. 437, applies to the opinion in this case.